Exhibit G to Class Action Complaint

# Jail Incident Report

GAFULTONPROD

Time Range: 12:00 am to 11:59 pm   Date Range: 01/01/2018 to 10/16/2024   Sort: Date   Jail Link: Both

Locations: Fulton County Jail

## Fulton County Jail

| Violation Type/ Incident Type | Date/ Time | Location | Comment | Officer/ Badge# | Inmate Name/ SO# | Booking # | Party Name | Connection |
|---|---|---|---|---|---|---|---|---|
| Serious Possession of a weapon | 08/24/2024 10:00 PM | Security Syst. Inf | | Strother, Michael 3853 | Baker, Demarcus P01144532 | 2411088 | JACKSON, TRAVAN Baker, Demarcus | Inmate Inmate |

**Evidence:**

**Narrative:** On Saturday August 24th, 2024, I Detention officer M. Strother 3853 was assigned to 6 South at the floor officer. At Approximately 2200 hours while conducting lockdown procedures in zone 100, I noticed cell 105 was cracked open. During headcount, resident Kendrick, Jeffrey Demon BK#22407124 and resident Watson, Terrance BK#22113610 was seen with their belongings placed on the bunks. I was notified by officer C. Seay that the two residents were re-assigned to other cells. I placed them out of the room and locked the door. After noticing that the door was tampered with and open, an inmate in the zone notified me that the residents assigned to 104 burned the hole in cell 105 and popped the cell door open a few minutes before lockdown. I alerted Cadet Deputy T. Sydney, Sgt. A Waters, and Deputy J. Gilford on conducting a shakedown in 104 where we found various metal sharp-like object on the top bunk and inside the light fixture, and a piece of concrete stuffed inside a sock. Sgt. Water started the investigation on residents Baker, Demarcus BK#24112722 pertaining to Incident report JA24-2478. Resident Jackson claimed to one of the shanks stating that it was for protection, while resident baker made no comment of the other shanks. Resident Baker confessed on the wires from the light fixtures but verbally mixed up his testimony on whether it was his or not. Two of the Sharp like metal weapons had distinctive burnt marks on them which came from the same area located in cell 105 where the hole was burned. Due to the potent smell of the debris and the condition of the room, the hole was burned between Thursday and Friday. Residents Jackson, and Baker were searched and placed back into their cell. The watch commander was notified.

End of statement

D.O.M. Strother 3853

On August 25, 2024, I, Deputy Sheriff Lieutenant J. Memmelaar DID#3090 served as the Assistant Watch Commander on the 7am to 7pm shift, Team A. I was notified of an occurrence on 6 South in zone 100.

**Report synopsis:** Possession of a weapon.

**Final actions:** I have reviewed the information gathered by Detention Officer M. Strother DID#3853. Residents Demarcus Baker BK#2411088 and Travan Jackson BK#2412722 shall receive the following jail disciplinary sanctions: 3-10 Possession of a weapon and 2-13 possession of anything not listed as permitted. Due to the possibility of these individuals being the culprits that destroyed the window in cell 105, it is my recommendation that both individuals listed be relocated and separated to prevent further cooperation. End of statement.

Deputy Sheriff Lieutenant J. Memmelaar DID#3090