Exhibit H to Class Action Complaint

GAFULTONPROD

# Jail Incident Report

Time Range: 12:00 am to 11:59 pm   Date Range: 01/01/2018 to 10/16/2024   Sort: Date   Jail Link: Both

Locations: Fulton County Jail

## Fulton County Jail

| Violation Type/ Incident Type | Date/ Time | Location | Comment | Officer/ Badge# | Inmate Name/ SO# | Booking # | Party Name | Connection |
|---|---|---|---|---|---|---|---|---|
| Serious Possession of a weap | 08/12/2024 7:31 AM | Security Syst Inf | | Bryan, Anna d1733 | SMITH, AARON P00843785 | 2217981 | SMITH, AARON | Perpetrator |

Evidence:

Narrative: On August 12, 2024, I D.O. Anna Bryan DID#1733 was assigned to 6 North on Team C 7 pm-7 am shift. While assisting Team A with morning head count starting in 6 North Zone 100, I noticed inmate Smith Aaron BK#2217981 standing on the top tier by his door cell 118 with his shirt off and something silver sticking out of his right hip. I then immediately informed D.O. Jones who was conducting count on the bottom tier. I also informed Jones that inmate Smith threatened to spit on me when he got out of his cell the night before on August 11, 2024. Jones continued her count while I then requested Deputy J. Guilford to assist me with a frisk search on inmate Smith. While frisking inmate Smith a total of 5 shanks (handmade weapons) were retrieved from inmates Smith's body all around the waist of his pants stuck on the inside of his underwear. While frisking inmate Smith he stated the reason he has shanks is for his protection against others. Inmate Smith also stated he has more where that came from and can buy more, so I then shook down his cell 118. Found on the top bunk underneath the mattress was another shank (handmade weapon), and on the counter a long black hard cord, and in the bottom right cubby was a small white pill. All items found was retrieved and brought to the watch command. Watch command was immediately notified. Due to my Fulton County Issued Body Camera being dead D.O. C. Buggs recorded the cell search.

End of statement.

D.O. Anna Bryan DID#1733
On August 12, 2024, I, Deputy Sheriff Lieutenant J. Memmelaar DID#3090 served as the Assistant Watch Commander on the 7am to 7pm shift, Team A. I was notified of an occurrence on 6 North in zone 100.

Report synopsis: Possession of a weapon.

Final actions: I have reviewed the information gathered by Detention Officer A. Bryan DID#1733. Resident Aaron Smith BK#2217981 shall receive the following jail disciplinary sanctions: 3-10 Possession of a weapon (shank) and 3-16 Any actions, gestures, statements or threat made against staff. It is my recommendation that Resident Smith be relocated due to this disturbance causing friction with other residents in the zone. End of statement.

Deputy Sheriff Lieutenant J. Memmelaar DID#3090

| Major Possession of anythii | 08/10/2024 8:00 PM | 55509 | | Jones, Demetrius 3812 | CHERRY, QUASIM P01109258 | 2007130 | CHERRY, QUASIM PIERRE | Inmate |

Evidence:

Narrative: On August 10, 2024 I Deputy D. Jones DID #3812 was assigned to 5 South as the floor officer at the Fulton County Jail. At approximately 8:00 pm I received a phone call from my tower officer saying, the residents in zone 500 wasn't happy with a LGBTQ man in dorm. I then went into zone 500 to see what was going on. I noticed inmate Jones, Seth BK#2413374 standing next to the phones. I explained to zone 500,that they cant dictate who can and who can't stay in the dorm. As I was exiting zone 500 resident Jones stated that he was not fucking stayin in here and rushed out of the zone while it was closing. I then used my Fulton County issued tasered x2900059 on resident Jones. The taser was affective. I then escorted inmate Jones to medical to which he was cleared. I then notified my Watch commander and awaited further instructions.