Exhibit J to Class Action Complaint

Adm: Narcan 09:16   **NaphCare**

**Medical Emergency Code Report**   Clinic 0920.

| Facility: FCJ | Date: 5/25/22 | Code: ? | Time Called: 09:15 | Time Arrived: 09:17 |
|---|---|---|---|---|
| Name: HAMBRICK, Nkengen | | Location: 4N. | ID#: | Allergies: |
| | | Reason Called: | | |

**Vitals Upon Arrival:**
O2 SAT:____  BP:____  HR:____  TEMP:____  RESP:____  BS:____

Witnesses: Officer Coleman, MA-Mason

Position of Patient Upon Arrival: Lying in floor face down

Officers Involved: Coleman.

Health Care Staff Involved:
Nurses: MA: Mason
MD:
NP/PA: Morais
Chief Complaint: Questionable    Onset: 09:15

Inmate has c/o Non Verbal Now Seizure Disorder. Not intoxicated

Medical History:
☐ None ☐ Asthma ☐ CAD ☐ COPD ☐ CVA ☐ DM ☐ HTN ☐ HIV ☐ MI ☐ Seizures ☐ Cancer ☐ Hep C ☐ Other:____

Current Medications:

| Respiratory | CIRCLE ALL THAT APPLY | Cardiovascular |
|---|---|---|
| WNL ☐ Labored ☐ Cough ☐ SOB ☐ Wheezes ☐ Stridor ☐ Crackles ☐ Hemoptysis ☐ Pain with Breathing ☐ Diminished ☐ Nasal Flaring ☐ Other:____ | | WNL ☐ Chest Pain ☐ Left Arm Pain ☐ Diaphoresis ☐ Orthopnea ☐ Edema ☐ Palpitations ☐ Dizzy Spells ☐ Syncope ☐ Tachycardia ☐ Bradycardia ☐ Other: |

| Neurological | Treatments |
|---|---|
| WNL  Oriented x3  Disoriented to person/place/time<br>Headaches  Dizziness  Seizure  Tremors  Fainting<br>Walking Problems____  Speech Problems  Non<br>R/L: Altered sensation:____  Verbal<br>R/L: Altered motor:____  Non<br>Pulses: Present Absent<br>Other: Unable to assess | ☐ Oxygen applied: Time____ ____liters<br>☐ IV access started: Time____ Cath size____<br>  Site____ Inserted by____<br>☐ IVF Started<br>☐ Narcan/Naloxone administered<br>☐ Glucose/Glucagon administered<br>☐ CPR started: Time____<br>☐ CPR terminated: Time____<br>☐ Life Pack applied: Time____<br>☐ VS every 5-10 minutes until transported:<br>  Time:____ BP____ Pulse____ Resp____ O2 Sats____<br>  Time:____ BP____ Pulse____ Resp____ O2 Sats____<br>  Time:____ BP____ Pulse____ Resp____ O2 Sats____<br>☐ Emergency department notification time:____<br>☐ Report given to:____<br>☐ Time ambulance notified:____<br>☐ Ambulance arrival time:____<br>☐ Ambulance departure time:____ |

**Progress Notes**

Negative Physical Findings. Non Verbal for seizures

HAMBRICK, NKENGEN P0103991 2(2307058) to back, torso; Unable to fully examined

Name _____  ID# _____



Medical Diagram of Injury

1. _____  2. _____  3. _____  4. _____
5. _____  6. _____  7. _____  8. _____



FRONT                    BACK

NOTIFY MEDICAL PROVIDER/RN IMMEDIATELY IF:

| Lacerations | Fractures | Contusion |
|---|---|---|
| ☐ Wound is severe/deep/requires sutures<br>☐ Bleeding is uncontrolled<br>☐ Wound has imbedded debris not easily irrigated<br>☐ Laceration to the face, ear, nose, eyelid, or over joint<br>☐ Wound that edges do not approximate easily with Steri-strips<br>☐ Signs of infection present<br>☐ Laceration to the Abdomen or chest that may penetrate underlying organs | ☐ Obvious deformity, loss of sensation<br>☐ Numbness/severe pain, absent distal pulses<br>☐ Mechanism of injury suggested hidden trauma<br>☐ Takes anticoagulants, over age 50<br>☐ X-rays, analgesics, tetanus booster, crutches | ☐ Deformity is present<br>☐ Impaired neurological/vascular status<br>☐ Mechanism of injury suggesting hidden trauma<br>☐ Marked swelling is present<br>☐ Condition not responding to intervention |

HAMBRICK, NKENGEN P01039912 (2307053)

| Name | | ID# | |
|---|---|---|---|
| Outcome | | | |
| | | | |

Returned to Infirmary: ☐ Walking   ☐ Wheelchair   ☐ Other: _____

Out to Hospital: ☐ Car   ☐ Ambulance   ☐ Other: _____

Name/Credentials of Person Completing Report: _____

Date/Time Report Completed: _____

| | |
|---|---|
| | |
| | |
| | |
| | |

Report Submitted By: _____  Date: _____

HAMBRICK, NKENGEN P01039912 (2307053)