Exhibit M to Class Action Complaint

From: **Michael Harper** mharper@mharperlaw.com
Subject: Nkengen Hambrick
Date: October 24, 2024 at 9:22 AM
To: Patrick Leed pleed@mharperlaw.com



image0.jpeg   image1.jpeg
image2.jpeg

Michael D. Harper,
Trial Attorney





