Exhibit N to Class Action Complaint

*1st Stabbing*

**Inmate Incident # JA22-2262**
Booking Number: 2203869

### Inmate Information

| | |
|---|---|
| Name: | JACKSON, SHANNON |
| Date of Birth: | ██/██/1992 |
| Gender: | Male |
| Race: | Black |
| SO Number: | P00983506 |
| Social Security: | ██████████ |
| Driver's License: | GA-055726623 |

### Incident Information

| | |
|---|---|
| Date: | 07/05/2022 |
| Badge #: | 3520 |
| Officer Name: | Gibbs, Dre'Kevious |
| Violation Type: | Serious |
| Incident Type: | Assault or battery |
| Time: | 12:25 AM |
| Location: | 5S500 |

| Party | Connection | Violations |
|---|---|---|
| JACKSON, SHANNON | Victim | |

### Incident Report # JA22-2262

| | |
|---|---|
| Date: | 07/05/2022 |
| Badge #: | 3520 |
| Report Type: | Initial Report |
| Time: | 12:25 AM |
| Officer Name: | Gibbs, Dre'Kevious |

Narrative:

On July 4, 2022 Deputy D. Gibbs was assigned to the Fulton County Jail as an officer on 5 south. At approximately 0024, I instructed the tower officer to open zone 500 to conduct feeding. I then noticed that 517 door was red and not properly secured. I went to the sgt. office to get a pair of gloves so that I could remove the object that was lodged in 517. In route back to zone 500, inmate Shannon, Jackson 2203869 ran into zone 700 with blood flowing from his body. I immediately handcuffed inmate Jackson and asked him what happened. He did not reply. I then attempted to question inmate Jackson, but he did not inform me what happened. I went to zone 500 and secured all inmates behind their cell doors. Inmate Jackson was escorted to medical and sent to Grady Memorial Hospital for further evaluation. end of statement.

Deputy Sheriff D. Gibbs 3520

### Incident Report # JA22-2262

| | |
|---|---|
| Date: | 07/05/2022 |
| Badge #: | 3119 |
| Report Type: | Supervisor Investigation Report |
| Time: | 5:36 AM |
| Officer Name: | Williams II, R. |

Narrative: On June 05, 2022, I, Deputy Sheriff Sergeant R. Williams II (DID# 3119) was the assigned supervisor of floor 7 North inside the Fulton County Jail, located in Atlanta, GA. At approximately 0110, I received word from Deputy Sheriff D. Gibbs that he needed me to investigate a stabbing that occurred on floor 5 South.

Being told that the victim, inmate Shannon, Jackson (Booking Number: 2203869) was already transported to Grady hospital, I immediately headed to Security to view the Pelco Video Surveillance footage of the incident. With the help of Deputy Gibbs, I was able to identify the assailant as inmate Stanley, Jalon (Booking Number: 2110987) of cell 5S507. He can be seen running from the top tier of zone 500 to the bottom tier, where inmate Shannon was standing, and engaging in a fight with him. It was at this moment that inmate Shannon got stabbed by inmate Stanley.

I next went to floor 5 South to interview inmate Stanley. Initially, he told me that he didn't have anything to do with it, despite me telling him that I had already viewed the camera footage. However, after having a change of heart, he spoke to me again and told me what was really going on. According to him, inmate Shannon shot up his Mother's house while inmate Shannon was still free, prior to his incarceration. He went on to say that once inmate Shannon was arrested and housed on 5 South, he became a bully in the zone that he was in, zone 100. Inmate Shannon attempted to continue his bully mentality and behavior when he was relocated to zone 500 (where inmate Stanley is housed). However, due to the younger median age of the zone, they did not tolerate his bullying behavior, and constructed a way to get rid of him. It was facilitated via his stabbing.

Due to his actions in violating the rules set forth in the Fulton County Jail Inmate Handbook, inmate Stanley, will be charged with a Category III Offense- Serious: 3-2 Assault or Battery. This carries with it a 28-day assignment to a disciplinary lockdown zone.

------------------------------------------END OF STATEMENT------------------------------------------

Deputy Sheriff Sergeant R. Williams II (DID# 3119)

---

Incident Report # JA22-2262

| | | | |
|---|---|---|---|
| Date: | 07/05/2022 | Time: | 6:29 AM |
| Badge #: | 3090 | Officer Name: | MEMMELAAR, JOSEPH EDWARD |

Report Type: Manager Approval Report

Narrative: On July 5, 2022, I, Deputy Sheriff Lieutenant J. Memmelaar DID#3090 served as the Assistant Watch Commander on the 7am to 7am shift. I was notified of an altercation on 5 South in zone 500.

Report synopsis: Assault or battery.

Use of force: No.

Final actions: I have reviewed the investigative summary completed by Sergeant R. Williams DID#3119 and I agree with his recommendations. Inmate Jalon Stanley BK#2110987 (5S507) shall receive the following jail disciplinary sanctions: 3-2 Assault or battery. Additionally, it is my recommendation that Inmate Jackson Shannon BK#2203869 be relocated to another floor foe his safety. End of statement.

Deputy Sheriff Lieutenant J. Memmelaar DID#3090