Exhibit O to Class Action Complaint

*2nd Stabbing*

## Incident # JA23-5969

### Inmate Information

| | | | |
|---|---|---|---|
| Name: | JACKSON, SHANNON | | |
| Date of Birth: | ▮▮1992 | SO Number : | P00983506 |
| Gender: | Male | Social Security: | ▮▮▮▮▮▮ |
| Race: | Black | Driver's License: | GA-055726623 |

### Incident Information

| | | | |
|---|---|---|---|
| Date: | 12/10/2023 | Time: | 10:48 PM |
| Badge #: | 3779 | | |
| Officer Name: | Nash, Shawon | | |
| Violation Type: | Extreme | Location: | 6N412 |
| Incident Type: | Any Inmate that cause body injury to another(sharp object) | | |

| Party | Connection | Violations |
|---|---|---|
| JACKSON, SHANNON | Victim | |
| BROWN, WILLIE | Perpetrator | |

### Incident Report # JA23-5969

| | | | |
|---|---|---|---|
| Date: | 12/11/2023 | Time: | 1:58 AM |
| Badge #: | 3779 | Officer Name: | Nash, Shawon |
| Report Type: | Initial Report | | |

Narrative: On Sunday December 10th, 2023 I, Deputy S.Nash-3779 has been assigned to 6 North as the floor officer within the Fulton County Jail working overnight with Team D(7a-7p). Upon 2245, I received traffic via my county issued 2-way radio that diabetic nurse was en route to 6 North for a few of the inmates housed on the floor. Per usual, I perform a visual security round in all zones before the nurse is escorted on the floor. As I walked out of zone 700 I looked into zone 400 and seen activity that appeared to be suspicious. I approached the zone door to perform my visual round and noticed inmates crowding the top level in zone 400. As I was observing the scene, inmate Walker, Lester BK #-2214352 began to attempted to wave me off advising me that nothing was going on in the zone and to move around. Inmates are just debating about the game that was on. As I ignored him and to continue to observe the scene, inmates started to scatter around the zone. I noticed inmate Huey, Marquavious BK #- 2116482 taking off a shirt and appearing to look angry. I then opened the zone sally port door to investigate what was going on but noticed the nurse has been escorted onto the floor. I called for inmate Anderson,Christopher BK #-2212610 out to get his diabetic medication. As I called for Mr. Anderson, Mr. Huey walked to the door and stood there for a second and once I took my eyes off of Mr. Huey, I noticed inmate Jackson, Shannon BBK #-2203869 approaching me with blood all over him. Once he got close enough to me, he stated he needed to go to medical and be seen. Nurse McKinney and Deputy Johnson escorted Mr. Jackson into zone 700 for care for him at that time. I locked the zone down and noticed inmate Brown, Willie BK #- 20093865 clothing ripped and he appeared to look angry. I immediately pulled him out of the zone and placed him into zone 800 while being handcuffed to the back. Upon all available officers arriving to the floor, I removed Mr. Brown from zone 800 and placed him in zone 700 and conducted my interview. I asked Mr. Brown to tell me exactly what happened and he stated " He(Mr. Jackson) told me he wanted his one." I informed him to speak english

so that there are no misunderstandings. He then stated " He(Mr. Jackson) told me he wanted to fight me. I was standing there talking to my buddy(whom remained anonymous) and he said he wanted to fight. I advised Mr. Brown to give me names of the individual he was talking to or we will find out via camera footage and he said we can find out that way then. After that I proceeded to go further into the investigation asking what happened next. Mr. Brown stated " I went into his room and he pulled out a knife on me and i took it from him and stabbed him with it." I asked Mr. Brown "So, he pulled out the knife on you but didn't stab you?" Mr. Brown replied " No, I took it from him and stabbed him with his knife." I then checked Mr. Brown for any wounds that may have occurred during the altercation and he didn't have any. Upon Sgt. Obasi investigation he came back to 6 North and questioned Mr. Brown again and he gave Sgt. Obasi the same information he provided me. Both interviews has been conducted on my county issued Axon Body Camera SN #- X8131832B. Mr. Brown should be charged accordingly due to the matter at hand.

------End of Statement------

Deputy S.Nash-3779

Incident Report # JA23-5969

| | | | |
|---|---|---|---|
| Date: | 12/11/2023 | Time: | 4:31 AM |
| Badge #: | D1127 | Officer Name: | Obasi, Jonah |

Report Type:   Supervisor Investigation Report

Narrative:

On Sunday, December 10, 2023, I Detention Sergeant J. Obasi DID# D1127 was assigned as a roving supervisor at the Fulton County Jail for the 7P-7A D Team. At approximately 2250 hours, I responded to a help call from 6 North with Major Hinton and Captain C. Taylor. Upon arrival at 6 North, I witnessed inmate Shannon Jackson Bkg. #2203869 housed in cell 412 sitting at the bench in zone 700 and was being attended to by a group of officers and Nurse C. McKinney. Due to the bloody nature of the scene, it was later discovered that inmate Jackson was stabbed multiple time by another inmate who was later identified as inmate Willie Brown, Bkg. #2009386 housed in cell 418.

Initial Officer s Statement:
According to Deputy S. Nash, DID #3779, at approximately 2245 hours, while awaiting for the diabetic nurse to arrive on his floor, he conducted a visual security round in all zones before the nurse is escorted on the floor. As he walked out of zone 700, he looked into zone 400 and observe activity that appeared to be suspicious in the zone. When he went into zone 400 to perform his visual round, he noticed inmates crowding the top level in zone 400. As he was observing the scene, inmate Walker, Lester BK #-2214352 began to discourage him from going into zone 400, advising him that nothing was going on in the zone and to move around. He was informed that Inmates were just debating about the ongoing games. He ignored inmate Walker and continue to observe the scene and the inmates started to move around the zone. Deputy Nash noticed inmate Huey, Marquavious BKg. #2116482 taking off a shirt and appearing to look angry. He then went into zone 400 to investigate what was going on but noticed the nurse has been escorted onto the floor. Afterwards, he noticed inmate Jackson, Shannon Bkg. #2203869 approaching him with blood all over him stating that he needed to go to medical and be seen. Nurse McKinney and Deputy Johnson escorted inmate Jackson into zone 700 for care. He also noticed inmate Brown, Willie Bkg. #2009386 clothing ripped, and he appeared to look angry. Deputy Nash immediately pulled him out of the zone and placed him into zone 800 handcuffed to the back. When additional officers arrived at the floor,

inmate Brown was moved from zone 800 to zone 700 to be interviewed. and conducted my interview. During his interview with inmate Brown, he informed Deputy Nash that inmate Jackson wanted to fight him. He also stated that he was standing there talking to his buddy (who remained anonymous) and he said he wanted to fight. Inmate Brown confessed that he went into his room, and he pulled out a knife on him and he took it from him and stabbed him with it." Deputy Nash checked on inmate Brown for any wounds that he may have sustained during the altercation, and he didn't have any.

Inmate Statement(s)
I tried to interview inmate Jackson in zone 700 but due to the severity of his injuries, he was not able to respond to any of my questions before he was taken to Grady Memorial Hospital by EMS.

Interview with inmate Willie Brown, Bkg. #2009386:
During the interview, I asked inmate Brown to tell me what happened. Inmate Brown stated that he and inmate Jackson were supposed to be fighting and that he had told officers (Deputy S. Nash included) to move him. He admitted going into cell 412 where inmate Jackson is housed, to fight him. He also stated that inmate Jackson had a knife. I asked him why he did not sustain any injury like inmate Jackson if he did not have a knife. He informed me that inmate Jackson reacted when he saw him. I also inquired from him if he needs to be seen by the medical provider and he replied yes and stated that his back hurts.

The interview with both inmates, Jackson and Brown was conducted with my County issued Axon Body warn Camera turned on.

Avigilon Camera: The video footage of the incident was viewed with the following result:

At 10:33:15 pm, Inmate Brown is observed standing in front of cell 410.
At 10:43:45 pm, Inmate Brown is seen moved from cell 410 into 412.
At 10:43:57 pm, Inmate Brown is partially seen Stabbing inmate Jackson. The fight moved from cell 412 to cell 413, and back on the mezzanine.
At 10:44:45 pm, Inmate Jackson is seen going downstairs to cell 408.
At 10:46:08 pm, Deputy S. Nash is seen at zone 400 entry door. But went back out few seconds later.
At 10:46:41 pm, Inmate Jackson is seen walking out from cell 408 towards zone 400 entry door.
At 10:46:47 pm, the floor officer enters zone 400.

Conclusion: Based on the Interviews and the video footage, it is my recommendation that inmates Willie Brown be charged with the following jail rule violation(s):

3-2 Assault or battery (28 days).
3-7 Interfering with security operations (28 days).
4-2 Any inmate that causes bodily injury to another with the use of a sharp edge/tip weapon (90 days).
Total: 146 Days.

The above listed are the maximum number of days on lockdown for inmate Willie Brown in accordance with the Fulton County Sheriffs Handbook. This investigation will be forwarded to the Unit Manager for further review and approval. I also recommend that the Jail Investigative Unit (JIU) continue with this investigation and possibly outside charges on inmate Brown for stabbing inmate Jackson.
End of Statement.

Sergeant J. Obasi, DID#1127

Incident Report # JA23-0578

| | | | |
|---|---|---|---|
| Date: | 12/11/2023 | Time: | 4:16 AM |
| Badge #: | 3607 | Officer Name: | Baxter, Deondre |
| Report Type: | Supplement Report | | |

Narrative: On Sunday, December 10, 2023, at approximately 10:49 hours, I Sgt D. Baxter #3607 was working a special detail (Naphcare) along with LPN Nurse Mckenney with diabetic sick call on 6N. While posted at zone 400 waiting for Deputy Nash to pull the individual out for the diabetic check, I observed inmate (Shannon Jackson Bk#) exited from Zone 400 covered in blood. I proceeded to ask Jackson "what happened", but he said he could' nt breath and continued to walk into zone 700. I and Nurse Mckenney immediate start applying pressure to Jackson's open wounds. I noticed that Jackson had been stabbed in his top left shoulder, lower right back, right side under his rib cage, and his stomach area. I called for assistance on my county issued radio. Several other FCSO units responded to render aid. I continued to render pressure until I was properly relived by an NaphCare doctor/provider. Jackson was escorted to the old intake lobby to be transported to Grady Memorial Hospital for further treatment.

End of statement

Sgt. D. Baxter #3607

---

Incident Report # JA23-5969

| | | | |
|---|---|---|---|
| Date: | 12/11/2023 | Time: | 5:23 AM |
| Badge #: | D169 | Officer Name: | TAYLOR, CHANTAE |
| Report Type: | Manager Approval Report | | |

Narrative: I Captain C. Taylor # 169 have read incident report JA23-5969 in its entirety. I recommend that Criminal Charges to be put on Inmate Willie Brown for assaulting Inmate Shannon Jackson. I also recommend that this incident to be investigated further by Jail Investigation Unit Division due to the nature of the incident. End Of Statement

_____ Captain C. Taylor # 169