Exhibit P to Class Action Complaint

**Inmate Incident # JA21-3491**

Booking Number: 2301345

## Inmate Information

| | |
|---|---|
| Name: | BLAKE, DAYVION DEVONTE |
| Date of Birth: | Person 1999 |
| Gender: | Male |
| Race: | Black |
| SO Number: | P01108961 |
| Social Security: | Personal Info |
| Driver's License: | GA-061842005 |

## Incident Information

| | |
|---|---|
| Date: | 09/30/2021 |
| Badge #: | d1014 |
| Officer Name: | JACKSON, SHENITA |
| Violation Type: | No Violation |
| Incident Type: | Information |
| Time: | 9:25 PM |
| Location: | 4N507 |

| Party | Connection | Violations |
|---|---|---|
| BLAKE, DAYVION DEVONTE | Inmate | |

## Incident Report # JA21-3491

| | |
|---|---|
| Date: | 09/30/2021 |
| Badge #: | D1014 |
| Report Type: | Initial Report |
| Time: | 10:23 PM |
| Officer Name: | JACKSON, SHENITA |

Narrative: On September 30, 2021 at approximately 2125 I D.O Jackson#1014 was assigned to 4 North floor. While the floor was locked down for the day, D.O B.Unitas#1514 was working in the tower and told me that inmate Blake, Dayvion#2109432 and his roommate inmate Starks, Demarqevious#2100778 was popping out their cell 507. This incident happens everyday during lockdown and maintenance has been called more than twice to fix the doors so they can not pop out. The report number that was given today is #DP001. Lt. Sydque was notified about this matter.

End of Statement

S.Jackson#1014